IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE GIBBS                                                                PLAINTIFF

v.                              No. 3:20-cv-123-DPM-PSH

GLENN, Jailer, Greene County Jail;
FORD, Jailer, Greene County Jail; and
JAMES, Jailer, Greene County Jail                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 6*, as modified. FED. R. CIV. P. 72(b)(3). The modification: the amended complaint—in a sentence partly cut off in copying—states that "Ford jumped into the beating[.]" *Doc. 4 at 5*. The Court therefore concludes that Gibbs has stated an excessive force claim against Ford as well. The Magistrate Judge will order service on him in due course.

The Court overrules Gibbs's remaining objections, *Doc. 7*. If Gibbs wants to plead more facts or try to show that all his claims are related, then he must get permission to amend his complaint. But he can't amend his complaint by way of his objections or by just filing an amended complaint. His excessive force claims against Glenn, James, and Ford go forward. All other claims are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 May 2020