# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE GIBBS**                                                                       **PLAINTIFF**

**v.**                    **No: 3:20-cv-00123 DPM-PSH**

**GLENN,** *et al.*                                                    **DEFENDANTS**

## ORDER

Plaintiff Eddie Gibbs, an inmate at the Greene County Detention Facility, filed this *pro se* 42 U.S.C. § 1983 action. Service is appropriate with respect to Gibbs' excessive force claims against defendant Ford, a jailer at the Greene County jail. The Clerk of the Court shall prepare a summons for Ford, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 4), and summons on Ford without prepayment of fees and costs or security therefor. Service should be attempted through the Greene County Sheriff's Office.[1]

IT IS SO ORDERED this 29th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.