# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**EDDIE GIBBS**                                                                                    **PLAINTIFF**

v.                              No: 3:20-cv-00123 PSH

**GLENN,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Plaintiff Eddie Gibbs filed a motion for default judgment (Doc. No. 29) with respect to defendants Glenn, Ford, and James in their individual capacities. Gibbs indicates that he believes he should have been provided addresses to serve defendants in their individual capacities. Gibbs' motion is denied. Glenn, Ford, and James have all answered in both their official and individual capacities. *See* Doc. Nos. 17 & 19.

IT IS SO ORDERED this 6th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE