# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**EDDIE GIBBS**                                                     **PLAINTIFF**


**v.**                              **No: 3:20-cv-00123 PSH**


**GLENN,** *et al.*                                               **DEFENDANTS**

## <u>ORDER</u>

Plaintiff Eddie Gibbs filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 23, 2020 (Doc. No. 2).  Because mail sent to plaintiff Gibbs at his address of record was returned as undeliverable in another case (Case No. 3:20-cv-00323-DPM), the Court entered a text order on February 24, 2021, notifying Gibbs that he must provide notice of his current mailing address by no later than thirty days from the entry of the February 24 text order.  *See* Doc. No. 35.  Gibbs was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to him at his last known address, the Scott County Sheriff's Office in Benton, MO, and was returned as undeliverable. Doc. No. 36.  *See* Doc. No. 33, letter dated November 12, 2020, identifying new address.  A copy of the Court's February 24 Order was also mailed to Gibbs at an alternative address provided by Gibbs in a letter dated October 29, 2020.  *See* Doc. No. 34.

More than 30 days have passed since the Court's February 24 Order was last mailed to Gibbs, and Gibbs has not complied or otherwise responded to the order. Accordingly, Gibbs' complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.[1] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS SO ORDERED this 5th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In its initial order to Gibbs, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified Gibbs that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 3.