# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE GIBBS**                                                  **PLAINTIFF**

**v.**                      **No: 3:20-cv-00123 PSH**

**GLENN,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE